IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLES MARTIN and<br>EARLENE MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION and WELLS FARGO<br>BANK, N.A.,<br><br>Defendants. | § § § § § § § § § § § § § | No. 3:12-cv-2768-M-BF |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated July 29, 2013, and Plaintiffs' objections, filed August 12, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Defendants' motion for summary judgment [Doc. #7] is GRANTED with respect to all of Plaintiffs' claims and causes of action, and this case is DISMISSED with prejudice. Defendants' request for attorneys' fees is DENIED.

**SO ORDERED** this 22nd day of August, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS